ALEXANDER CHARLES TOLEDO,

Appellant,

v.

CORAL GABLES POLICE DEPARTMENT/JOHNS EASTERN COMPANY, INC./ CITY OF CORAL GABLES

Appellees.

_____/

IN THE DISTRICT COURT OF APPEAL FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D17-0124

Opinion filed August 8, 2017.

An appeal from an order of the Judge of Compensation Claims.
Mark A. Massey, Judge.

Date of Accident: October 10, 2015.

Kimberly A. Hill of Kimberly A. Hill, P.L., Fort Lauderdale, for Appellant.

Luis F. Estrada of Angones, McClure & Garcia, P.A., Miami, for Appellees.


PER CURIAM.

    AFFIRMED.

ROBERTS, OSTERHAUS, and M.K. THOMAS, JJ., CONCUR.